# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 820 MAL 2016

                                    :

                Respondent   :   Petition for Allowance of Appeal from

                                    :   the Order of the Superior Court

                                    :

                        v.              :

                                    :

JOEL BROUGHTON,                :

                Petitioner

## ORDER

**PER CURIAM**

    **AND NOW**, this 10th day of March, 2017, the Petition for Allowance of Appeal is **DENIED**.